1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. BURNHART,

            Plaintiff,

      v.

DEPARTMENT OF CORRECTION ELDON
VAIL, *et al*,

            Defendants.

Case No.  C08-5204RJB-KLS

ORDER GRANTING
PLAINTIFF'S MOTION TO
EXTEND TIME FOR FILING
AMENDED COMPLAINT

      This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. §

636(b)(1),  Local Magistrates Rules MJR 3 and 4, and Federal Rule of Civil Procedure ("Fed. R. Civ. P.")

72.   The case is before the Court on plaintiff's filing of a motion to extend time for filing an amended

complaint (Dkt. #6) in response to the Court's order to show cause directing him to file an amended

complaint (Dkt. #5).   After reviewing plaintiff's motion and the balance of the record, the Court hereby

finds and orders as follows:

      On April 8, 2008, the Court issued an order finding plaintiff's original complaint (Dkt. #4) to be

deficient, and directing plaintiff to file by no later than May 8, 2008, an amended complaint curing, if

possible, those deficiencies, or show cause why this matter should not be dismissed.  On May 2, 2008,

plaintiff filed his motion requesting an extension of time until July 25, 2008, in which to respond to the

Court's order to show cause, stating that he did not receive a copy of that order until April 28, 2008, and

thus there "is no possible way" to he could file a timely response.

ORDER
Page - 1

1    The Court finds plaintiff's request for an extension of time to not be unreasonable.  However,

2    given that plaintiff now has a copy of the Court's order to show cause, and that he has been in possession

3    thereof for a period of two weeks already, the Court finds a 30-day extension of time to be sufficient here.

4    Accordingly, plaintiff's motion to extend time (Dkt. #6) to respond to the order to show cause hereby is

5    GRANTED, to the extent that plaintiff shall respond to the order to show cause as directed therein by **no**

6    **later than June 12, 2008**.

7         The Clerk is directed to send a copy of this Order to plaintiff.

8         DATED this 13th day of May, 2008.

9

10

11

12                                              Karen L. Strombom
                                                United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2