UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. BURNHART,

        Plaintiff,

    v.

DEPARTMENT OF CORRECTION
ELDON VAIL,

        Defendant.

CASE NO. C08-5204RJB-KLS

ORDER DISMISSING CASE

This matter comes before the court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 8. The court has reviewed the relevant documents and the remainder of the file herein.

On April 8, 2008, plaintiff filed a proposed civil rights complaint. Dkt. 4. Magistrate Judge Strombom issued an order to show cause on April 8, 2008, in which the court refused to serve plaintiff's complaint because of the complaint's procedural deficiencies. Dkt. 5. In the order to show cause, the court directed plaintiff to file an amended complaint, curing, if possible, the noted deficiencies, or to show cause why the complaint should not be dismissed by May 8, 2008. Dkt. 5.

On May 2, 2008, plaintiff filed a motion for extension of time to amend his complaint. Dkt. 6. On May 13, 2008, Magistrate Judge Strombom issued an order granting plaintiff's motion to extend time, in which plaintiff was directed to respond to the order to show cause by no later than June 12, 2008. Dkt. 7.

On July 8, 2008, Magistrate Judge Strombom filed a Report and Recommendation recommending dismissal of Plaintiff's complaint for failure to respond to the Court's order to

ORDER - 1

1 show cause and cure the deficiencies of his proposed complaint. Dkt. 8. On July 11, 2008, the

2 Report and Recommendation was returned by the Post Office to the Clerk's office, with the

3 notation "Not here." Dkt. 9.

    Under Local Rule CR 41(b)(2):
> A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by Post Office, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

    Plaintiff is proceeding *pro se* in this matter. Correspondence directed from the Clerk's office was returned by the Post Office as undeliverable. More than sixty days have passed since the Clerk's office received the returned mail, during which time plaintiff did not advise the court of his current address. Pursuant to Local Rule CR 41(b)(2), this action should be dismissed without prejudice for failure to prosecute.

    Therefore, it is hereby

    **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule CR 41(b)(2). The Report and Recommendation (Dkt. 8) is moot.

    The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

    DATED this 24th day of September, 2008.

/s/ Robert J Bryan
Robert J Bryan
United States District Judge

ORDER - 2

ORDER - 3